UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| VS. | : | |
| JAMES SABB | : | CR. NO. 08-316-01(FLW) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  9th  day of May, 2008,

ORDERED that Richard Coughlin, Federal Public Defender for the District (Andrea Bergman, AFPD)of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

  s/Freda L. Wolfson
**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender