UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Freda L. Wolfson

v. : Crim. No. 08-316

JAMES SABB : DETENTION ORDER

:

This matter having been opened to the Court on motion of the United States, by Christopher J. Christie, United States Attorney for the District of New Jersey (Harvey Bartle, IV, Assistant United States Attorney, appearing on behalf of the United States before the Court on May 9, 2008), in the presence of Andrea Bergman, attorney for defendant James Sabb, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining the defendant without bail pending trial in the above-entitled matter; the Court makes the following findings:

1. Defendant is presently in the custody of the State of New Jersey on charges brought by the State of New Jersey.

2. At the present time, the defendant has notified the Court of his intention not to contest detention pending trial in this matter, but reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of pre-trial release at a later date.

IT IS, therefore, on this 12th day of May, 2008,

ORDERED that the motion of the United States for an order detaining the defendant pending trial is hereby GRANTED, and the defendant is hereby ordered detained pending trial in the above-entitled matter. The defendant, by and through counsel, having not contested the detention motion of the government, hereby reserves the right to request a full hearing before this Court

pursuant to Title 18, United States Code, Section 3142(f) on the issue of pre-trial release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or her authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. FREDA L. WOLFSON
United States District Judge